**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 25-6208**

―――――――――――

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

COLLIN HAWKINS, a/k/a Colin Hawkins,

          Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (2:10-cr-00004-JPJ-1)

―――――――――――

Submitted:  July 24, 2025                          Decided:  July 29, 2025

―――――――――――

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Collin Hawkins, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collin Hawkins appeals the district court's order denying his "Motion to Correct a Clerical Error Pursuant to Fed. R. Crim. P. 36," "Motion to Correct a Computational Mistake," and "Motion to Expedite The Government's Response And The Ruling On The Pending Motion To Correct A Clerical Error." We have reviewed the record and find no reversible error. Accordingly, we grant Hawkins' motion to supplement his informal brief with additional requested relief and affirm the district court's order. *United States v. Hawkins*, No. 2:10-cr-00004-JPJ-1 (W.D. Va. Mar. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*